Leonard **HYATT** and Maudie **Hyatt**,
Petitioners,

v.

**COMMISSIONER OF INTERNAL REVENUE**, Respondent.

No. 20503.

United States Court of Appeals
Fifth Circuit.

Dec. 18, 1963.

Rehearing Denied Jan. 31, 1964.

John Peace, Stanley Schoenbaum, San
Antonio, Tex., for petitioners.

Louis F. Oberdorfer, Asst. Atty. Gen.,
Lee A. Jackson, Atty., Dept. of Justice,
Crane C. Hauser, Chief Counsel, I. R. S.,
Eugene F. Colella, Atty., I. R. S., David
O. Walter, Earl J. Silbert, Stephen B.
Wolfberg, Michael I. Smith, Attys., Dept.
of Justice, Washington, D. C., for respondent.

Before HUTCHESON BREITENSTEIN,* and BELL, Circuit Judges.

PER CURIAM.

This case presents a factual situation
indistinguishable for the purposes of the
controlling legal principle from our deci-

---

* Of the Tenth Circuit, sitting by designation.

sion in United States v. Eidson, (5th Cir. 1962) 310 F.2d 111. It follows that the decision of the Tax Court, that amounts received by the taxpayers upon assignment of their rights under a general agency contract for a Texas statewide mutual assessment life insurance company were taxable as ordinary income, was correct, and that it should be and is affirmed.